IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 15 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RUDY AND ELENA CUELLAR, INDIVIDUALLY AND ON BEHALF OF MINOR MONIKA NICOLE CUELLAR | § § § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. B-02-133 |
| STATE FARM INSURANCE, RUBEN GARCIA AGENCY, RUBEN GARCIA, and RICK BARROW | § § § § | |
| Defendants. | § | |

## DISCLOSURE OF INTERESTED PARTIES

Plaintiffs: Rudy and Elena Cuellar, Individually and on Behalf of Minor Monika Nicole Cuellar, by and through their attorney:

Benigno (Trey) Martinez
1201 E. Van Buren
Brownsville, Texas 78520
Telephone: (956) 546-7159
Telecopier: (956) 544-0602

Defendant: Rick Barrow
701 E. Expressway 83
McAllen, Texas 78501

Defendants: State Farm Lloyds, Ruben Garcia Agency and Ruben Garcia, by and through their attorneys:

Rick H. Rosenblum
Tyler Gates Mercer
AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
300 Convent Street, Suite 1500
San Antonio, TX 78205
Telephone: (210) 281-7000
Telecopier: (210) 224-2035

Victor Vicinaiz
ROERIG, OLIVEIRA & FISHER, L.L.P.
506 East Dove Avenue
McAllen, Texas 78504-2241
Telephone: (956) 631-8049
Telecopier: (956) 631-8141

        Respectfully submitted,

        AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
        1500 Bank of America Plaza
        300 Convent Street
        San Antonio, Texas 78205
        Telephone: (210) 281-7000
        Telecopier: (210) 224-2035

        _____
        RICK H. ROSENBLUM
        Attorney-in-Charge
        State Bar No. 17276100
        Southern District Bar No. 17991
        TYLER GATES MERCER
        State Bar No. 00798372
        Southern District Bar No. 23502

        -and-

        VICTOR VICINAIZ
        State Bar No. 20562300
        Southern District Bar No. 10956
        ROERIG, OLIVEIRA & FISHER, L.L.P.
        506 East Dove Avenue
        McAllen, Texas 78504-2241
        Telephone: (956) 631-8049
        Telecopier: (956) 631-8141

        ATTORNEYS FOR DEFENDANTS
        STATE FARM LLOYDS, RUBEN GARCIA
        AGENCY AND RUBEN GARCIA

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on the following counsel of record by *certified mail, return receipt requested*, on the 11th day of July 2002:

Benigno (Trey) Martinez
1201 E. Van Buren
Brownsville, Texas 78520
Phone: (956) 546-7159
Fax: (956) 544-0602

TYLER G. MERCER