

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RUDY AND ELENA CUELLAR, INDIVIDUALLY AND ON BEHALF OF MINOR MONIKA NICOLE CUELLAR | § § § § § | |
| Plaintiffs, | § § | |
| V. | § | NO. B-02-133 |
| STATE FARM INSURANCE, RUBEN GARCIA AGENCY, RUBEN GARCIA, and RICK BARROW | § § § § § | |
| Defendants. | § § | |

### DEFENDANT RICK BARROW'S ORIGINAL ANSWER TO PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF THIS COURT:

Defendant, Rick Barrow ("Barrow"), files this Answer to Plaintiffs' Original Petition.

### ANSWER

#### I.

Barrow denies the allegations in subheading I.

#### II.

1.   Upon information and belief, Barrow admits the allegations in paragraph 1.

2.   Upon information and belief, Barrow admits that State Farm is an unincorporated association underwriters. Upon information and belief, Barrow admits process upon State Farm

Lloyds may be accomplished by serving their registered agent for service at 17301 Preston Road, Dallas, Texas 75252. Barrow denies all remaining allegations in paragraph 2.

3. Upon information and belief, Barrow admits the allegations in paragraph 3.

4. Barrow admits that he is an independent contractor hired by State Farm as a claims adjuster. Barrow admits that he works at 701 E. Expressway 83, McAllen, Texas 78501. Barrow denies all other allegations in paragraph 4.

### III.

Barrow admits that venue is proper in Cameron County as alleged in subheading III.

### IV.

Barrow admits Plaintiffs have alleged suit pursuant to the law of good faith and fair dealing as well as under common law and Articles 21.21 and 21.55 of the Texas Insurance Code and the Texas Deceptive Trade Practices Act, and for breach of contract and recovery under an insurance policy. Barrow denies all remaining allegations in subheading IV.

### V.

Barrow denies that he provided coverage to Plaintiffs under insurance policies. Barrow is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in subheading V.

### VI.

Barrow denies the allegations contained in subheading VI.

### VII.

Barrow admits that he has been to the Plaintiffs residence at 2017 Madero Drive in Brownsville, Texas. Barrow denies all other allegations contained in subheading VII.

**VIII.**

It is unclear whether the allegations in this subheading are directed to this Defendant. To the extent they are directed to Barrow, Barrow denies the allegations in subheading VIII.

**IX.**

It is unclear whether the allegations in this subheading are directed to this Defendant. To the extent they are directed to Barrow, Barrow denies the allegations under subheading IX.

**X.**

It is unclear whether the allegations in this subheading are directed to this Defendant. To the extent they are directed to Barrow, Barrow denies the allegations in subheading X.

**XI.**

It is unclear whether the allegations in this subheading are directed to this Defendant. To the extent they are directed to Barrow, Barrow denies the allegations under subheading XI.

**XII.**

It is unclear whether the allegations in this subheading are directed to this Defendant. To the extent they are directed to Barrow, Barrow denies the allegations in subheading XII.

**XIII.**

Barrow denies the allegations in subheading XIII.

064253.0088 SAN ANTONIO 271044 v1

## DEFENSES

1. Pleading further, and without waiving any of the foregoing, Barrow also denies he is liable in the capacity in which he has been sued. Barrow is not a party to the insurance contract.

## AFFIRMATIVE DEFENSES

2. Pleading further, and without waiving any of the foregoing, Barrow asserts the following matters as affirmative defenses:

    a. Pursuant to the following exclusions, the homeowner's insurance policy issued to Plaintiffs does not cover or excludes the Plaintiffs' loss if caused by:

"f. We do not cover loss caused by:

(1) wear and tear, deterioration or loss caused by any quality in property that causes it to damage or destroy itself. . .

(2) rust, rot, mold or other fungi.

(3) dampness of atmosphere, extremes of temperature.

(4) contamination...

h. We do not cover loss under cover A (Dwelling) caused by settling, cracking, bulging, shrinkage or expansion of foundations, walls, floors, ceilings, roof structures, walks, drives, curbs, fences, retaining walls or swimming pools.

i. We do not cover loss caused by or resulting from flood, surface water, waves, tidal water or tidal waves, overflow of streams or

4

other bodies of water or spray from any of these whether or not driven by wind. . . ."

The foregoing exclusions apply in this cause.

b.  Any award to Plaintiffs must be offset by all prior payments made by State Farm to Plaintiffs for access and repair.

c.  Pleading further and in the nature of affirmative defenses, Barrow asserts that Plaintiffs' claims are barred, in whole or in part, pursuant to the conditions and obligations under the insurance policy issued to Plaintiffs:

"(3)   <u>Duties After Loss</u>

    a.  **Your duties after loss.** In case of a loss to covered property caused by a peril insured against, you must:

        (1)   give prompt written notice to us of the facts relating to the claim.
        ...

        (3)   (a)   protect the property from further damage.

                (b)   make reasonable and necessary repairs to protect the property.

                (c)   keep an accurate record of repair expenses."

10.  Suit Against Us. No suit or action can be brought unless the policy provisions have been complied with.

d.  Plaintiffs' claims are barred in whole or in part by the Doctrine of Laches. Plaintiffs unreasonably delayed in reporting her claimed losses. Further, Plaintiffs have received payment for access and repair, but has failed to make any attempt to repair the damage at her house or prevent further damage.

064253.0088 SAN ANTONIO 271044 v1

e. Plaintiffs' claims are barred in whole or in part by Plaintiffs' failure to mitigate their damages.

f. Plaintiffs' damages, if any, must be offset by the amount of the applicable policy deductibles.

g. Plaintiffs' actual damages, if any, must be limited by the amount set forth in the policy limitations provisions of her policy.

h. Any award of exemplary damages must be limited in accordance with the provisions of Texas Civil Practices & Remedies Code § 41.008.

i. Plaintiffs' claims for punitive damages against Barrow cannot be sustained because under Texas law, an award of punitive damages without proof of every element beyond a reasonable doubt would violate Barrow's right under Amendments IV, V, VI, and XIV of the United States Constitution and under Sections 9, 10, 14, and 19 of Article I of the Texas Constitution.

j. Plaintiffs' claims for punitive damages against Barrow cannot be sustained, because an award of punitive damages under Texas law for the purposes of compensating Plaintiffs for elements of damages not otherwise recognized by Texas law would violate Barrow's due process rights guaranteed by the Fourteenth Amendment to the United States Constitution and by Section 19 of Article I of the Texas Constitution.

064253.0088 SAN ANTONIO 271044 v1

## JURY DEMAND

3.   Barrow hereby demands a trial by jury.

## PRAYER

WHEREFORE, Defendant Rick Barrow prays:

1.   That Plaintiffs recover nothing of and from Defendant, and that this Court enter a judgment that Defendant go hence without delay with all costs of court; and

2.   That Barrow be granted such other and further relief to which he shows himself justly entitled.

                              Respectfully submitted,

                              AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
                              1500 Bank of America Plaza
                              300 Convent Street
                              San Antonio, Texas 78205
                              Telephone: (210) 281-7000
                              Fax: (210) 224-2035

                              _____
                              RICK H. ROSENBLUM
                              Attorney-in-Charge
                              State Bar No. 17276100
                              Southern District Bar No. 17991
                              TYLER GATES MERCER
                              State Bar No. 00798372
                              Southern District Bar No. 23502

                              ATTORNEYS FOR DEFENDANT
                              RICK BARROW

064253.0088 SAN ANTONIO 271044 v1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel of record by *certified mail, return receipt requested*, on the ___17th___ day of July 2002:

Benigno (Trey) Martinez
1201 E. Van Buren
Brownsville, Texas 78520
Phone: (956) 546-7159
Fax: (956) 544-0602

*[signature]*
Tyler Gates Mercer

064253.0088 SAN ANTONIO 271044 v1