IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED **Entered**

AUG 05 2002

Michael N. Milby
Clerk of Court

By: [signature]

| | | |
|---|---|---|
| RUDY AND ELENA CUELLAR, INDIVIDUALLY AND ON BEHALF OF MINOR MONIKA NICOLE CUELLAR | § § § § § | |
| Plaintiffs, | § § | |
| V. | § | NO. B-02-133 |
| STATE FARM INSURANCE, RUBEN GARCIA AGENCY, RUBEN GARCIA, and RICK BARROW | § § § § § | |
| Defendants. | § § | |

### ORDER ~~GRANTING~~ *Denying* DEFENDANTS' MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFFS' MOTION TO REMAND

On this day the Court considered Defendants', State Farm Lloyds (incorrectly sued as "State Farm Insurance"), Ruben Garcia Agency, Ruben Garcia, and Rick Barrow, Motion to Extend the Deadline to Respond to Plaintiffs' Motion to Remand. Having considered the Motion, the Court

**DENIES** ~~GRANTS~~ the Motion. ~~and hereby extends the deadline to August 10, 2002 for Defendants to respond to Plaintiffs' Motion to Remand.~~

Signed on August 5, 2002.

[signature]
Hilda Tagle
UNITED STATES DISTRICT JUDGE