IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RUDY AND ELENA CUELLAR, INDIVIDUALLY AND ON BEHALF OF MINOR MONIKA NICOLE CUELLAR<br><br>Plaintiffs,<br><br>V.<br><br>STATE FARM INSURANCE, RUBEN GARCIA AGENCY, RUBEN GARCIA, and RICK BARROW<br><br>Defendants. | § § § § § § § § § § § § § § § | NO. B-02-133 |

## DEFENDANTS' MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFFS' MOTION TO REMAND

State Farm Lloyds (incorrectly sued as "State Farm Insurance"), Ruben Garcia Agency, Ruben Garcia, and Rick Barrow (collectively "Defendants") file this Motion to Extend the Deadline to Respond to Plaintiffs' Motion to Remand, and respectfully show the Court as follows:

1.      Plaintiffs filed their Motion to Remand on July 15, 2002.

2.      Plaintiffs served their Motion to Remand on Defendants by United States mail on July 22, 2002.

3.      Defendants received Plaintiffs' Motion to Remand on July 25, 2002.

4.      Therefore, Defendants request an extension until August 19, 2002 to file a response to Plaintiffs' Motion to Remand.

## Certificate of Conference

Defendants have attempted to confer with Plaintiffs regarding this extension but have been unable to reach an agreement.

**WHEREFORE**, Defendants request the Court extend the deadline to August 19, 2002 for Defendants to Respond to Plaintiffs' Motion to Remand.

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP
300 Convent Street, Suite 1500
San Antonio, Texas  78205
Telephone:  210.281.7000
Telecopier: 210.224.2035


RICK H. ROSENBLUM
Attorney-in-Charge
State Bar No. 17276100
Southern District Bar No. 17991
TYLER GATES MERCER
State Bar No. 00798372
Southern District Bar No. 23502

and

VICTOR VICINAIZ
State Bar No. 20562300
Southern District Bar No. 10956
ROERIG, OLIVEIRA & FISHER, L.L.P.
506 East Dove Avenue
McAllen, Texas 78504-2241
Telephone: 956.631.8049
Telecopier: 956.631.8141

ATTORNEYS FOR DEFENDANTS
STATE FARM LLOYDS,
RUBEN GARCIA AGENCY,
RUBEN GARCIA and RICK BARROW

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was sent on this 30ᵗʰ day of July, 2002 via *certified mail, return receipt requested* to the following:

Benigno (Trey) Martinez
Martinez, Barrera y Martinez, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520


Tyler Gates Mercer

064253.0088 SAN ANTONIO 274245 v1