IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RUDY AND ELENA CUELLAR, § | | |
| INDIVIDUALLY AND ON BEHALF § | | |
| OF MONIKA NICOLE CUELLAR § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| V. § | No. B-02-133 | |
| § | | |
| STATE FARM INSURANCE, § | | |
| RUBEN GARCIA AGENCY, § | | |
| RUBEN GARCIA, and § | | |
| RICK BARROW § | | |
| § | | |
| Defendant. § | | |

United States District Court
Southern District of Texas
FILED

OCT 2 2 2002

Michael N. Milby
Clerk of Court

## CERTIFICATE OF WRITTEN DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff RUDY CUELLAR, ET AL. has served on Defendant STATE FARM INSURANCE, ET AL. the following discovery:

1. Plaintiffs' **REQUEST FOR PRODUCTION AND ADMISSIONS** to Defendant, STATE FARM INSURANCE, et l.;

2. Plaintiffs' **REQUEST FOR DISCLOSURES** to Defendant, STATE FARM INSURANCE, et al.;

3. Plaintiffs' **FIRST SET OF INTERROGATORIES** to Defendant, STATE FARM INSURANCE, et al.

Respectfully submitted,

**MARTINEZ Y BARRERA, L.L.P.**
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

*/s/ Benigno Martinez*

Benigno (Trey) Martinez
State Bar No. 00797011
Federal No. 23945
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was provided to counsel listed below via Facsimile and Certified Mail, Return Receipt Requested on the __22nd__ day of __October__, 2002.

Mr. Tyler G. Mercer
**AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.**
300 Convent Street
San Antonio, Texas 78520

Liza M. Vasquez
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road - Suite 9
Brownsville, Texas 78520

*/s/ Benigno Martinez*

Benigno (Trey) Martinez